FILE COPY

# IN THE SUPREME COURT OF TEXAS

## NO. 13-0795

CITY OF DALLAS, PETITIONER

V.

TCI WEST END, INC., RESPONDENT

No. *06-04868-H* in the *160th District Court*, *Dallas* County

## **BILL OF COSTS**

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Miscellaneous Motion | $10.00 | $10.00 | Paid by City of Dallas |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by TCI West End, Inc. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by City of Dallas |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by City of Dallas |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by TCI West End, Inc. |
| Petition for Review Filed | $145.00 | $145.00 | Paid by City of Dallas |
| M/E/T to file Petition | $10.00 | $10.00 | Paid by City of Dallas |
| Clerk's Record | Unknown | Unknown | 8 Volumes |
| Reporter's Record | $7,040.00 | Unknown | 12 Volumes |

Balance of costs owing to the Supreme Court of Texas:     **0.00**

---

*The City of Dallas shall recover, and TCI West End, Inc., shall pay, the costs incurred in this Court.*

---

FILE COPY

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

with the seal thereof annexed, at the City of Austin, this the 18th day of June, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk